UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROGRESS SOFTWARE CORPORATION, et al., | * * |
| Plaintiffs, | * |
| v. | *   Civil Action No.: 01-CV-11031 (PBS) |
| MySQL AB, et al., | * |
| Defendants. | |

* * * * * * * * * * *

### ANSWER OF MICHAEL WIDENIUS

Michael Widenius, one of the Defendants herein, by his undersigned counsel, hereby answers the Complaint filed by Progress Software Corporation ("Progress") and NuSphere Corporation ("NuSphere").

Defendant Michael Widenius, pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, hereby adopts and incorporates by reference the Answer (including the affirmative defenses and demand for jury trial included therein) of MySQL AB and David Axmark, filed on July 11, 2001, in the above-captioned action.

Gary C. Crossen, Esquire (BBO #106580)
Brendan P. Mitchell (BBO #633835)
Rubin & Rudman, LLP
50 Rowes Wharf
Boston, Massachusetts 02110
(617) 330-7036

*Attorneys for Defendant*
*Michael Widenius*

21

*Counsel Admitted Pro Hac Vice:*
William F. Ryan, Jr.
Lisa A. Kershner
Steven E. Tiller
Ilana Subar
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland  21202-1626
(410) 347-8700

Attorneys for Defendant
Michael Widenius

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26 day of October, 2001, a copy of the foregoing Answer of Michael Widenius was served by facsimile and by first class mail, postage prepaid to:

>Peter Brown
>Catherine M. McGrath
>Mark Schonfeld
>Andres N. Madrid
>Brown, Raysman, Millstein, Felder & Steiner, L.L.P.
>900 Third Avenue
>New York, New York 10022
>**Fax: (212) 895-2900**

*Attorneys for Plaintiffs, Progressive Software Corporation and NuSphere Corporation*

_____
Brendan P. Mitchell